IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 19 |
| | ) | Hon. Steven C. Seeger |
| BENNIE BLANKENSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR INTERIM PAYMENT OF FEES

Counsel, MATTHEW J. MADDEN, attorney for Defendant, BENNIE BLANKENSHIP, requests this Court to authorize interim payment of fees pursuant to Local Criminal Rule 44.1 and the Guide to Judiciary Policies and Procedures: Appointment of Counsel and Criminal Cases, VIII 2.30.

In support of this motion, counsel states:

1. Mr. Blankenship and co-defendant Foley were indicted on January 11, 2021 and charged with eight counts of wire fraud, in violation of 18 U.S.C. §1343 and two counts of securities fraud, in violation of 15 U.S.C. §78j(b) and 78ff, and 17 CFR §240.10b-5, and 15 U.S.C. §77q(a) and 77x.

2. The court appointed undersigned counsel to represent Mr. Blankenship on January 19, 2021.

3. The amount of discovery involved in Mr. Blankenship's case is on such a massive scale that the government requested that defense counsel provide two separate TB external drives to hold the voluminous production. The hundreds of thousands of documents contained on the drives include extensive FBI reports, bank records, email correspondence, tax records, financial

industry regulatory authority reports, SEC hard drive files, warrant applications, transcripts, in addition to other items. The case is more complex, and the required discovery review to this point was far more time-consuming, than the average case.

4. Counsel has spent an inordinate amount of time working on this case primarily through discovery review and client consultation. The Court authorized a payment for under the interim compensation during the Covid-19 pandemic that was close to the statutory maximum in August 2021. That temporary order does not cover any payments over the Criminal Justice Act statutory maximum. That maximum of authorized compensation has been exceeded by a significant amount at this point in the case.

5. Mr. Blankenship changed his plea to guilty on April 6, 2022. As part of his agreement with the government Mr. Blankenship has agreed to delay his sentencing hearing until Mr. Foley's case is completely resolved. Mr. Foley is currently set for trial in front of this Court on April 10, 2023. If Mr. Foley is convicted at trial, even the most optimistic estimate of when his case will be resolved with the District Court is likely to be in approximately July or August 2023. In August 2023, counsel will be 32 months into the CJA representation of Mr. Blankenship. That extended length of time, without having been compensated for the majority of time dedicated to the case, would represent a hardship to counsel.

6. Local Criminal Rule 44.1 and the Guide to Judiciary Policies and Procedures: Appointment of Counsel and Criminal Cases, VIII 2.30 ("Federal Guidelines") permit interim payments where representation is likely to be lengthy and complex. Once authorized, counsel is directed to submit regular and periodic CJA Form 20 vouchers to the Court.

7. Because of the expected length and complexity of these proceedings as well as the substantial commitment of time necessary to provide a defense in this matter, counsel submits

that interim compensation is justified. Counsel has reviewed Local Criminal Rule 44.1 regarding Interim CJA Payments, and accepts its requirements.

8. It is counsel's understanding that co-defendant's counsel will be joining in this request.

Counsel respectfully requests that the Court enter its order authorizing interim payment of fees in accordance with Local Criminal Rule 44.1.

                                          Respectfully submitted,

                                          s/Matthew J. Madden
                                          **Matthew J. Madden**, Attorney for Defendant,
                                          Bennie Blankenship.

**Matthew J. Madden**
**Attorney At Law, LLC**
209 S. LaSalle St. 7th Floor
Chicago, Illinois 60604
(312) 762-9473