# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                           Case No.: 1:21−cr−00019
                                                                   Honorable Steven C. Seeger

David Foley, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger as to Bennie Blankenship: The motion by counsel for attorney Blankenship for interim CJA payments (Dckt. No. [63]) is hereby granted. The Court finds that delaying payments until the completion of the case would impose an undue hardship given the substantial volume of discovery, the unusual complexity of the case, and the anticipated length of time until sentencing. The Court hereby authorizes the interim payment of fees. The Court directs defense counsel to submit any vouchers as appropriate as provided by Local Criminal Rule 44.1 Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.